

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2022

No. 04-22-00429-CV

**TEXAS FIRST RENTALS, LLC**,
Appellant

v.

**MONTAGE DEVELOPMENT CO., LLC** and Derick Murway,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-08101
Honorable Tina Torres, Judge Presiding

# O R D E R

In this accelerated appeal, Appellant's brief was due on August 15, 2022. On the due date, Appellant filed an unopposed motion for an extension of time to file its brief until September 14, 2022.

Appellant's motion is granted. Appellant's brief is due on September 14, 2022. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court